# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Johnnie A. Waters Jr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00624-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 6, 2015 Order.

December 8, 2015

Frank G. Johns, Clerk
United States District Court